

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-13-00091-CV

TESCO CORPORATION (US), Appellant

V.

STEADFAST INSURANCE COMPANY, Appellee

Appeal from the 127th District Court of Harris County.   (Tr. Ct. No. 2012-36774).

This Court today considered a motion for rehearing filed by appellee, Steadfast Insurance Company.   We order that the motion be granted, that this Court's former judgment of August 28, 2014, be vacated, set aside, and annulled, and issue this one in its place.   We further order that this Court's opinion of August 28, 2014 be withdrawn.

This case is an appeal from the final judgment signed by the trial court on January 10, 2013.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court lacked subject-matter jurisdiction over the case.   Accordingly, the Court **vacates** the trial court's judgment and **dismisses** the case.

The Court **orders** that appellant, Tesco Corporation (US), pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered February 3, 2015.

Panel consists of Justices Jennings and Higley.* Opinion delivered by Justice Jennings.

---

*  The Honorable Jim Sharp, former Justice of this Court, was a member of the Panel and present for argument when this case was submitted. Because his term expired on December 31, 2014, he did not participate in the decision of the case. *See* TEX. R. APP. P. 41.1(b).